1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   WILLIAM D. REED,                )   NO. CV 13-5272-MMM (AGR)
12          Petitioner,               )
13        v.                          )
14   W.L. MONTGOMERY, Warden,         )   ORDER ACCEPTING FINDINGS
                                      )   AND RECOMMENDATION OF
15          Respondent.               )   UNITED STATES MAGISTRATE
                                      )   JUDGE
16                                    )
17
18
19        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other
20   records on file herein, and the Report and Recommendation of the United States
21   Magistrate Judge. Petitioner has not filed any Objections to the Report. The
22   Court accepts the findings and recommendation of the Magistrate Judge.
23        IT IS ORDERED that judgment be entered denying the Petition and
24   dismissing this action with prejudice.
25
26   DATED: September 7, 2015             _____
27                                        MARGARET M. MORROW
                                          United States District Judge
28