UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. REED,<br>        Petitioner,<br>  v.<br>W.L. MONTGOMERY, Warden,<br>        Respondent. | NO. CV 13-5272-MMM (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 7, 2015      _____
                                                   MARGARET M. MORROW
                                                   United States District Judge